to the Supreme Court of Arizona denied. *Mr. John J. McCullough* for petitioners. *Mr. Charles L. Strouss* for respondent.

No. 116. PENNSYLVANIA RAILROAD Co. *v.* MISTROT. October 13, 1941. Petition for writ of certiorari to the Court of Appeal, 1st District, of Louisiana denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, R. Aubrey Bogley,* and *E. B. Dubuisson* for petitioner. *Mr. Wade O. Martin, Jr.* for respondent.

No. 118. PITTMAN, TRUSTEE, *v.* UNION PLANTERS NATIONAL BANK & TRUST Co. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Lowell W. Taylor* and *Thos. A. Evans* for petitioner. *Mr. J. W. Canada* for Union Planters National Bank & Trust Co. et al., and *Messrs. F. M. Bass* and *Cecil Sims* for the American National Bank, respondents.

No. 123. MAR DE PASSY CORPORATION *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Harry S. Hall* and *George Gordon Battle* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 126. FIXLER BROS., INC. *v.* AUTOMOBILE INSURANCE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit